IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
COLUMBUS DIVISION

FREDERICK W. BRYANT,                    *

          Petitioner                     *

vs.                                      *
                                              CASE NO. 4:10CR03 (CDL)
UNITED STATES OF AMERICA,         *

          Respondent                     *

ORDER ON REPORT AND RECOMMENDATION


     This matter is before the Court pursuant to a Report and

Recommendation filed by the United States Magistrate Judge on

October 24, 2012.  Neither party has filed an objection to this

Recommendation as permitted by 28 U.S.C. § 636(b)(1), and therefore,

the Court reviews the Recommendation for plain error.  Finding no

plain error or manifest injustice, the Court adopts the

Recommendation of the Magistrate Judge and makes it the order of

this Court.

     Furthermore, for the reasons stated by the Magistrate Judge

in his Recommendation, the Court also finds that a Certificate of

Appealability is not appropriate and therefore is denied.

     IT IS SO ORDERED, this 5th day of March, 2013.


                              s/Clay D. Land
                              CLAY D. LAND
                              UNITED STATES DISTRICT JUDGE